```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

CHARLES P. HARRIS                                        PLAINTIFF

v.                          Case No. 08-6052

ROY BETHELL, Criminal Investigator,
Arkadelphia Police Department;
HARLEY HILLARY, Sergeant,
Arkadelphia Police Department;
JOHN THOMPSON, Judge, Clark
County; and HENRY MORGAN, Former
Prosecutor, Clark County                                 DEFENDANTS

**ORDER**

Now on this 6th day of October 2008, there comes on for consideration the report and recommendation filed herein on July 1, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). The Court granted Plaintiff an extension through August 4, 2008, to file written objections to the report and recommendation. As of this date, no objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action

may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge